UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

11TH STREET LLC,

                       Plaintiff,

-v-

CERTAIN UNDERWRITERS AT LLOYD'S LONDON
SUBSCRIBING TO CERTIFICATE NUMBER AMR-37891-
05, ET AL.,

                       Defendants.

23 Civ. 2639 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 29, 2023, defendants removed this case from the Supreme Court, County of New York. Dk. 1. Defendants served plaintiff the same day. Dkt. 7. On April 3, 2023, plaintiff appeared. Dkt. 8.

Counsel for the removing defendants are directed to serve a copy of this Order on plaintiff within 14 days following the date of this order; a copy of this Order must also be served with any subsequent process that brings in additional parties, and proof of such service must be filed promptly with the Court. If the removing defendants' counsel is unaware of the identity of counsel for any of the other parties, he or she must forthwith send a copy of this Order to that party personally.

Counsel for the removing defendants are further directed to serve on all other parties and submit to the Court **within 14 days following the date of this order** a letter, filed on ECF, providing the following information:

    1.    Whether all defendants who had been served at the time of removal joined in the notice of removal.

2. Whether the notice of removal was dated more than 30 days after the first defendant was served.

3. If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including the citizenship of all members or partners in any non-corporate entity), if such states of citizenship were not set forth in the notice of removal.

Plaintiff's response to defendants' submission must be submitted to the Court within 14 days of service of defendant's submission. Any motion to remand the action to state court based on procedural defects in the removal must be filed within 30 days of removal. *See* 28 U.S.C. § 1447(c).

On April 5, 2023, defendants filed a motion to compel arbitration. Dkt. 9. The Court will set a prompt briefing schedule on that motion after plaintiff's response to defendants' jurisdictional submission, and, if a motion to remand is made, after resolving that motion.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 6, 2023
       New York, New York