UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

11th STREET LLC,

                              Plaintiff,

-v-

CERTAIN UNDERWRITERS AT LLOYD'S LONDONG SUBSCRIBING *et al.*,

                              Defendants.

23 Civ. 2639 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 26, 2024, the Court issued an order requiring this case to proceed to arbitration and directing the parties to file a joint status update every 60 days. Dkt. 31. The parties' last status update was submitted on January 29, 2024. Dkt. 40. They have failed to file timely status updates since then. The Court directs them to file a status update by September 20, 2024, and to file status updates every 60 days thereafter.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 11, 2024
       New York, New York